| United States District Court | Southern District of Texas |
|---|---|

| | | |
|---|---|---|
| Amir A. Chamie, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-09-1147 |
| Department of Education, | § § § | |
| Defendant. | § | |

## Opinion on Summary Judgment

1. *Introduction.*

    The Department of Education lent Amir A. Chamie money for an education of his choice. Chamie unconditionally promised to repay it. For 20 years, he has refused. Chamie is obliged to repay the United States government.

2. *Background.*

    Chamie sued the Department of Education on April 1, 2009. He says the department harassed him with letters and telephone calls asking for his student loan payments. Chamie's suit was dismissed because he did not sue in time and, in any event, he was not harassed. The department sued to collect the money from Chamie, and it will prevail.

3. *No Excuse.*

    Chamie says he cannot repay the loan because he is disabled. He says he cannot stay in school or keep a job because of his disability. His ailments have no bearing on whether he owes the money. No clause in the promissory note releases him if he becomes sick, cannot stay in school, or cannot keep a job. Chamie is obliged to repay his student loans.

4.  *Conclusion.*

    The department has asked for and will be awarded $2,625 plus prejudgment interest from July 2006, at $9.38 per day. Chamie must repay this money to the United States.

Signed on March 11, 2010, at Houston, Texas.

                                       Lynn N. Hughes
                              United States District Judge